# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01241-PAB-NRN

WILLIAM NASIF,

    Plaintiff,

    v.

WHITING PETROLEUM CORP.,
KEVIN S. MCCARTHY, JANET L.
CARRIG, SUSAN M. CUNNINGHAM,
PAUL J. KORUS, LYNN A. PETERSON,
DANIEL J. RICE, and ANNE TAYLOR,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 28, 2022

    **RIGRODSKY LAW, P.A.**

    By: */s/ Gina M. Serra*
        Gina M. Serra
        825 East Gate Boulevard, Suite 300
        Garden City, NY 11530
        Telephone: (516) 683-3516
        Facsimile: (302) 654-7530
        Email: gms@rl-legal.com

    *Attorneys for Plaintiff*